# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| OSAGE NATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 01-CV-0516-JHP-FHM |
| vs. | ) | |
| | ) | |
| THOMAS E. KEMP, JR., Chairman of the Oklahoma Tax Commission; JERRY JOHNSON, Vice-Chairman of the Oklahoma Tax Commission; and CONSTANCE IRBY, Secretary-Member of the Oklahoma Tax Commission, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO ADOPT PARTIES' AGREED EXPERT WITNESS AND FRCP 26 DISCLOSURE SCHEDULE

COMES NOW Plaintiff Osage Nation and Defendants Thomas E. Kemp, Jr., Chairman of the Oklahoma Tax Commission (the "OTC"), Jerry Johnson, Vice-Chairman of the OTC, and Constance Irby, Secretary-Member of the OTC, and jointly move the Court to adopt the parties' agreed schedule for the exchange of expert witness information and for the exchange of the parties' initial disclosures under Fed. R. Civ. P. 26, as follows:

1.     October 20, 2008    Osage Nation discloses identity of any person who may be used at trial as an expert and the general subject matter of their anticipated testimony.

2.     October 31, 2008    Defendants disclose the identity of any person who may be used at trial as an expert and a description of the topic of anticipated testimony.

3.     November 20, 2008    Osage Nation serves expert reports satisfying the requirements of Rule 26(a)(2)(B).

4.	December 19, 2008	Defendants serve expert reports satisfying the requirements of Rule 26(a)(2)(B).

5.	November 14, 2008	Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26

WHEREFORE the parties jointly submit this motion and respectfully request the Court adopt the agreed schedule as provided hereinabove.

Dated this 20th day of October, 2008.

|  |  |
|---|---|
|  | */s/* by O. Joseph Williams, with written authorization from William C. Scott on October 20, 2008 |
| */s/ O. Joseph Williams* | _____ |
| GARY S. PITCHLYNN | LYNN H. SLADE |
| O. JOSEPH WILLIAMS | WILLIAM C. SCOTT |
| Pitchlynn & Williams, PLLC | Modrall, Sperling, Roehl, Harris |
| P.O. Box 247 | & Sisk, P.A. |
| Norman, OK 73070 | Bank of America Centre |
| Tel: (405) 360-9600 | 500 Fourth Street, NW, Suite 1000 |
| Fax: (405) 447-4219 | Albuquerque, NM 87102 |
|  | Tel: (505) 848-1800 |
| Attorneys for Plaintiff | Fax: (505) 848-1889 |
|  |  |
|  | Attorneys for Defendants |