IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OSAGE NATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 01-CV-516-JHP-FHM |
| ) | |
| STATE OF OKLAHOMA EX REL. ) | |
| OKLAHOMA TAX COMMISSION; ) | |
| THOMAS E. KEMP, JR., Chairman of ) | |
| the Oklahoma Tax Commission; JERRY ) | |
| JOHNSON, Vice-Chairman of the ) | |
| Oklahoma Tax Commission; DON ) | |
| KILPATRICK, Secretary-Member of the ) | |
| Oklahoma Tax Commission, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Defendants' Motion for Summary Judgment which was granted the 23rd day of January, 2009, the Court enters judgment for the Defendants and against the Plaintiff, Osage Nation.

**IT IS SO ORDERED** this 23rd day of January, 2009.

James H. Payne
United States District Judge
Northern District of Oklahoma