**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

June 02, 2010

Mr. Philip Lombardi
United States District Court for the Northern District of Oklahoma
Office of the Clerk
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE: 09-5050, Osage Nation v. Oklahoma Tax Commission, et al**
Dist/Ag docket: 4:01-CV-00516-JHP-FHM

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Steven W. Bugg
John E. Echohawk
Jess Green
Brandy L. Inman
Padraic McCoy
Sean Robert McFarland
Stephanie Elaine Moser Goins
Larry Dixon Patton
Gary Stanley Pitchlynn
Thomas Paul Schlosser
William C. Scott
Lynn H. Slade
Jeff L. Todd
Donald Raymond Wharton
Olin Joseph Williams

EAS/kf