IN THE UNITED STATE DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OSAGE NATION, )<br>)<br>   *Plaintiff,* )<br>)<br>v. )<br>)<br>Mark WOOD, Chairman, )<br>Oklahoma Tax Commission; )<br>Shelly PAULK, Vice Chairwoman, )<br>Oklahoma Tax Commission; and )<br>Charles PRATER, Secretary, )<br>Oklahoma Tax Commission, )<br>In their official capacities, )<br>)<br>   *Defendants.* ) | Case No. 01-CV-0516 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to OKND LGnR4-2(h) I, Eugene Bertman, attorney for Plaintiff, the Osage Nation, in the above-referenced action, respectfully request the Court to admit Camille Bacon-Schulte *pro hac vice* to appear and participate as co-counsel in this case for the Plaintiff. Movant represents that Camille Bacon-Schulte is qualified and licensed to practice law before the highest courts of the states of Colorado, California, Texas and Alaska and is a member in good standing of those bars. Movant finds Camille Bacon-Schulte to be of high moral character and suitable for admission to the United States District Court for the Northern District of Oklahoma.

1

Respectfully submitted,

/s/ Eugene Bertman
Eugene Bertman, OBA #19406
Talley, Turner, Stice & Bertman
130 E. Eufaula
Norman, Oklahoma 73069
Telephone: (405) 364-8300
Facsimile: (405) 364-7059
gbertman@ttsblaw.com
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2024, I effected service of the foregoing Plaintiff's Motion for Leave to Exceed the Page Limit for Motion Briefs on counsel for all parties as follows:

(1) on all counsel of record, through the CM/ECF system:

Douglas B. Allen
Stephanie Elaine Moser Goins
Guy Lee Hurst
Sean R. McFarland
Gary Stanley Pitchlynn
William Clayton Scott
Lynn Heyer Slade
Olin Joseph Williams;

(2) on counsel for the Oklahoma Tax Commission, by email, as follows:

Taylor Ferguson
Assistant General Counsel
OKLAHOMA TAX COMMISSION
taylor.ferguson@tax.ok.gov

Sierra Pfeiffer
Counsel to the Commissioners
OKLAHOMA TAX COMMISSION
sierra.pfeiffer@tax.ok.gov; and

(3) on defendants Mark Wood (Chairman), Shelly Paulk (Vice Chairwoman) and Charles Prater (Secretary), in their official capacities, by courier service upon:

Charles Prater
Secretary
OKLAHOMA TAX COMMISSION
123 Robert S. Kerr Avenue
Oklahoma City OK 73102

/s/Eugene Bertman
Eugene Bertman