# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.                                                     Case Number:

Defendant(s)

**REQUEST FOR ADMISSION PRO HAC VICE**
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: _____

2. State bar membership number: _____

3. Business address, telephone and fax numbers:


4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:


5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?     ☐ Yes     ☐ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?     ☐ Yes     ☐ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?     ☐ Yes     ☐ No

_____
Signature

_____
Printed Name                          Bar Number

_____
Firm Name

_____
Address

_____
City                          State     ZIP

_____
Phone                          Fax

_____
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):


I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service        ☐ In Person Delivery

☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
                         Signature