UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

OSAGE NATION,

                         *Plaintiff,*

    v.

MARK WOOD, *et al.,*

                        *Defendants.*

Case No. 01-CV-0516-JDR-MTS

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT**

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Relief from Judgment. [Doc. 159]. For good cause shown, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Relief from Judgment [Doc. 159] is GRANTED;

IT IS FURTHER ORDERED that Defendants shall respond to Plaintiff's Motion for Relief from Judgment [Doc. 148] on or before February 24th, 2025.

Dated January 22d, 2025.

                                        **JOHN D. RUSSELL**
                                        **UNITED STATES DISTRICT JUDGE**